NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN R. PHELPS,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D17-4210
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Charles E. Roberts,
Judge.

PER CURIAM.

        Affirmed.  See McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013);

Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla.

2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Henry v. State, 933

So. 2d 28 (Fla. 2d DCA 2006); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006);

Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Jenkins v. State, 794 So. 2d

654 (Fla. 2d DCA 2001); Kilpatrick v. State, 658 So. 2d 1158 (Fla. 2d DCA 1995);

Dorsett v. State, 166 So. 3d 898 (Fla. 4th DCA 2015); Haynes v. State, 106 So. 3d 481

(Fla. 5th DCA 2013); Shivers v. State, 96 So. 3d 1039 (Fla. 4th DCA 2012); Hix v. State,

881 So. 2d 586 (Fla. 5th DCA 2004); Paul v. State, 830 So. 2d 953 (Fla. 5th DCA 2002);

Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001); Atwater v. State, 781 So. 2d 1149 (Fla. 5th DCA 2001); Robinson v. State, 642 So. 2d 644 (Fla. 4th DCA 1994).

LaROSE, C.J., and CASANUEVA and CRENSHAW, JJ., Concur.